# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BERNARD MISTRETTA

VERSUS

BAYOU LAFOURCHE FRESH WATER
DISTRICT, LOUISIANA COASTAL
PROTECTION AND RESTORATION
AUTHORITY, CH2M HILL, INC.
AND F. MILLER CONSTRUCTION,
LLC

NO.  2025 CW 0809

**NOVEMBER 10, 2025**

---

In Re:   CH2M Hill, Inc., applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No.
         106385.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                           WIL
                           EW
                           CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT